MISCHELLE R. FULGHAM, ISB# 4623
TORI J. OSLER, ISB #9877
LUKINS & ANNIS, P.S.
601 E. Front Avenue, Ste. 303
Coeur d'Alene, ID 83814-5155
Telephone: (208) 667-0517
Facsimile: (208) 664-4125
mfulgham@lukins.com
tosler@lukins.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL MEAGHER,<br><br>                        Plaintiff,<br><br>vs.<br><br>CITY OF PLUMMER, a municipal corporation and political subdivision of the State of Idaho,<br><br>                        Defendant. | CASE NO. 2:17-cv-00474-REB<br><br>STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS<br><br>The Honorable Ronald E. Bush presiding |

    IT IS HEREBY STIPULATED by and through their attorneys of record, undersigned, that all claims, causes of action, counterclaims, and matters in controversy between the parties have been fully resolved, settled and compromised and the lawsuit can be dismissed with prejudice and without an award of attorneys' fees or costs to either party.

    DATED this 12th day of November, 2018.

STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS: 1

| | |
|---|---|
| LUKINS & ANNIS, P.S. | LAKE CITY LAW GROUP, PLLC |
| By /s/ Mischelle R. Fulgham | By /s/ Jennifer H. Fegert |
| MISCHELLE R. FULGHAM, ISB #4623 | JENNIFER H. FEGERT, ISB # |
| Attorney for Plaintiff | Attorney for Defendant |

STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS: 2